UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-9924-CAS(AJWx) | Date | February 18, 2015 |
|---|---|---|---|
| Title | *CHRISTOPHER CELAYA v. HOME DEPOT U.S.A., INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine M. Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (Filed 02/17/15)[13]

The Court is in receipt of the above-referenced Joint Stipulation. No proposed Order was attached. The Court hereby approves the dismissal of the above-referenced action with prejudice. Each party shall bear their own attorneys' fees and costs with respect to the dismissal.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |